UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
:
FRANCISCO EMETERIO, :
:
Plaintiff, :
:  20-CV-970 (JMF)
-v- :
:  ORDER
:
A & P RESTAURANT CORP. d/b/a REMEDY DINER, :
et al., :
:
Defendants. :
:
---------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

    As discussed, and for the reasons stated, on the record during the teleconference held on December 18, 2020, the Court orders as follows:

- No later than **December 22, 2020**, the parties shall contact Magistrate Judge Parker to schedule a settlement conference;

- No later than **January 4, 2021**, Defendants shall produce the documents agreed to on the record;

- Defendants shall promptly respond to Plaintiff's proposed custodians and search terms and propose alternatives where they object, and the parties shall meet and confer in an effort to resolve any disputes with respect to e-discovery.

    SO ORDERED.

Dated: December 21, 2020
       New York, New York

                                                      JESSE M. FURMAN
                                                  United States District Judge