USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/02/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

FRANCISCO EMETERIO, *on behalf of himself,*
*FLSA Collective Plaintiffs and the Class,*

                              Plaintiffs,

            -against-

A & P RESTAURANT CORP. d/b/a REMEDY DINER;
MODERN HOSPITALITY GROUP CORP. d/b/a
JAX INN DINER; ANASTASIOS GIANNOPOULOS;
and PETER GIANNOPOULOS.,

                              Defendants.
----------------------------------------------------------------X

**ORDER SCHEDULING**
**SETTLEMENT CONFERENCE**

20-CV-970 (JMF)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      A settlement conference in this matter utilizing Microsoft Teams is scheduled for **Monday, May 17, 2021 at 10:00 a.m.**  Counsel for the parties will be sent an invitation by Judge Parker's chambers prior to the scheduled conference date.  Corporate parties must send the person with decision making authority to settle the matter to the conference.  The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with the Judge Parker's Individual Rules of Practice.  Updated pre-conference submissions must be received by the Court no later than **May 10, 2021 by 5:00 p.m.**

      SO ORDERED.

Dated: March 2, 2021
       New York, New York

*/s/ Katharine H. Parker*
_____
KATHARINE H. PARKER
United States Magistrate Judge