USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/01/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

FRANCISCO EMETERIO, *on behalf of himself,*
*FLSA Collective Plaintiffs and the Class,*

                                                Plaintiffs,

              -against-

A & P RESTAURANT CORP. d/b/a REMEDY DINER;
MODERN HOSPITALITY GROUP CORP. d/b/a
JAX INN DINER; ANASTASIOS GIANNOPOULOS;
and PETER GIANNOPOULOS.,

                                                Defendants.
-------------------------------------------------------------------X

**ORDER ADJOURNING**
**SETTLEMENT CONFERENCE**

**20-CV-970 (JMF)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

    In light of the parties' representation that they have settled this matter, the Settlement Conference previously scheduled for **July 26, 2021** is hereby adjourned *sine die*.

    SO ORDERED.

Dated: July 1, 2021
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge