# LEE LITIGATION GROUP, PLLC

148 WEST 24TH STREET, EIGHTH FLOOR
NEW YORK, NY 10011
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

WRITER'S DIRECT:  (212) 465-1188
cklee@leelitigation.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 07/28/2021

July 27, 2021

**Via ECF**
The Honorable Katherine H. Parker, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

APPLICATION GRANTED

Hon. Katharine H. Parker, U.S.M.J.
07/28/2021

Re: *Emeterio et al. v. A & P Restaurant Corp. et al.*
Case No.: 20-cv-00970

Dear Judge Parker:

We are counsel to Plaintiffs and write to respectfully request an extension of the date by which to file for preliminary approval of the class settlement.

As we advised Judge Furman on June 30, 2021, the parties reached a class settlement in principle following mediation. Thereafter, the matter was referred to Your Honor. Since then, we have prepared the settlement agreement and proposed class notice, which are currently with Defendants for review and comment. As the settlement agreement has not yet been finalized, we require additional time to submit for approval. We believe a two-week extension, from July 29, 2021 to August 12, 2021, will be sufficient. This is the first request for an extension. We have contacted Defendants' counsel for their consent but they have not yet responded.

We thank the Court for considering this matter.

Respectfully submitted,

*/s/ C.K. Lee*
C.K. Lee, Esq.

cc: all parties via ECF