USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/06/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

FRANCISCO EMETERIO, *on behalf of himself,*
*FLSA Collective Plaintiffs and the Class,*

                                    Plaintiffs,

      -against-

A & P RESTAURANT CORP. d/b/a REMEDY DINER;
MODERN HOSPITALITY GROUP CORP. d/b/a
JAX INN DINER; ANASTASIOS GIANNOPOULOS;
and PETER GIANNOPOULOS.,

                                    Defendants.
-----------------------------------------------------------------X

**ORDER CONVERTING FAIRNESS HEARING TO TELEPHONIC**

20-CV-970 (KHP)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

The Fairness Hearing in this matter scheduled for **Tuesday, January 25, 2022, at 11:00 a.m.** is hereby converted to a telephonic conference. Counsel for the parties are directed to call Judge Parker's AT&T conference line at the scheduled time. **Please dial (866) 434-5269; access code 4858267.**

SO ORDERED.

Dated: January 6, 2022
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge