UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FRANCISCO EMETERIO, *on behalf of himself, FLSA Collective Plaintiffs and the Class*,<br><br>Plaintiff,<br><br>-against-<br><br>A & P RESTAURANT CORP. d/b/a REMEDY DINER, MODERN HOSPITALITY GROUP CORP. d/b/a JAX INN DINER, ANASTASIOS GIANNOPOULOS, and PETER GIANNOPOULOS,<br><br>Defendants. | Case No. 1:20-cv-00970<br><br>**NOTICE OF PLAINTIFFS' UNOPPOSED MOTION FOR CERTIFICATION OF THE SETTLEMENT CLASS, FINAL APPROVAL OF THE CLASS ACTION SETTLEMENT, AND APPROVAL OF THE FLSA SETTLEMENT** |

For the reasons set forth in (i) the Memorandum of Law in Support of Plaintiffs' Unopposed Motion for Certification of the Settlement Class, Final Approval of the Class Action Settlement, and Approval of the FLSA Settlement ("Plaintiffs' Motion for Final Approval") and (ii) the Declaration of C.K. Lee in Support of Plaintiffs' Unopposed Motion for Certification of the Settlement Class, Final Approval of the Class Action Settlement, and Approval of the FLSA Settlement, and the exhibits attached thereto, Plaintiffs respectfully request that the Court enter the proposed Order, attached hereto as **EXHIBIT A**.

Dated: January 10, 2022              Respectfully submitted,

                                                           **LEE LITIGATION GROUP, PLLC**

                                      By:     */s/ C.K. Lee*
                                               C.K. Lee, Esq.
                                               Anne Seelig, Esq.
                                               148 West 24th Street, Eighth Floor
                                               New York, NY 10011
                                               Tel.: 212-465-1188
                                               *Attorneys for Plaintiffs, FLSA Collective Plaintiffs and the Class*