USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/16/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

FRANCISCO EMETERIO, *on behalf of himself,*
*FLSA Collective Plaintiffs and the Class, et al*

                            Plaintiffs,

     -against-

A & P RESTAURANT CORP. d/b/a REMEDY DINER;
MODERN HOSPITALITY GROUP CORP. d/b/a
JAX INN DINER; ANASTASIOS GIANNOPOULOS;
and PETER GIANNOPOULOS.,

                           Defendants.
-----------------------------------------------------------------X

**ORDER**

**20-CV-970 (KHP)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      On June 16, 2022, the Court received confirmation from counsel to Plaintiffs and the Class that Defendants have fulfilled their payment obligations under the Settlement Agreement. (ECF No. 140.) Accordingly, the Final Approval Order dated January 26, 2022, (ECF No. 137) is deemed final. The action is dismissed, and the case is closed.

SO ORDERED.

Dated: June 16, 2022
      New York, New York

                                              _____
                                              KATHARINE H. PARKER
                                              United States Magistrate Judge